UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 19-0080-CBM(AFMx)** | Date MARCH 14, 2019 |

Title ANTHONY A. PATEL v. PATRICIA MILLER, ET AL.,

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of Defendants' motions to dismiss. In light of the First Amended Complaint filed on March 12, 2019 [40], the following defendants' motions to dismiss, Docket Nos. 8, 13, 15, 19, 21, 27, 29, 32 and 36, are hereby denied as moot.

IT IS SO ORDERED.

cc: all parties