**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Anthony A. Patel, 11693 San Vicente Blvd., #461, Los Angeles, CA 90049<br>TELEPHONE NO.: (424) 350-0123 FAX NO. *(Optional)*: (310) 943-3829<br>E-MAIL ADDRESS *(Optional)*: tony@tonypatel.com<br>ATTORNEY FOR *(Name)*: Plaintiff (Pro Se) | ***FOR COURT USE ONLY*** |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Central District of California<br>STREET ADDRESS: First Street Courthouse<br>MAILING ADDRESS: 350 W. 1st Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: ***U.S. District Court (Western Division)*** | |
| PLAINTIFF/PETITIONER: ANTHONY PATEL<br>DEFENDANT/RESPONDENT: PATRICIA MILLER et al. | CASE NUMBER: 2:19-cv-00080-CBM (AFMx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Notice of Assignment to U.S. Judges; Standing Order
3. a. Party served *(specify name of party as shown on documents served)*:
   DLA PIPER LLP

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Sheila in Reception-Lobby (on behalf of the law firm)
4. Address where the party was served:
   550 South Hope Street, Suite 2400, Los Angeles, CA 90071
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 03/14/2019 (2) at *(time)*: 3:30 p.m.
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 3/15/19 from *(city)*: Los Angeles County **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: ANTHONY PATEL<br>DEFENDANT/RESPONDENT: PATRICIA MILLER et al. | CASE NUMBER:<br>2:19-cv-00080-CBM (AFMx) |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of *(specify):* DLA PIPER LLP

   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☑ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   - a. Name: Malini Mehta
   - b. Address: 9950 Topanga Canyon Blvd., #85, Chatsworth, CA 91311
   - c. Telephone number: (818) 882-7422
   - d. **The fee** for service was: $ 100.00
   - e. I am:
     - (1) ☑ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☐ a registered California process server:
       - (i) ☐ owner ☐ employee ☐ independent contractor.
       - (ii) Registration No.:
       - (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: April 27, 2019

Malini Mehta
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Malini Mehta
(SIGNATURE)